# United States District Court, Northern District of Illinois

08 GJ 534

| Name of Assigned Judge or Magistrate Judge | JUDGE DER-YEGHIAYAN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0374 | DATE | JULY 8, 2008 |
| CASE TITLE | US v. VIKTORIJA MALUKAITE, et al | | MAGISTRATE JUDGE NOLAN |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## GRAND JURY PROCEEDING

The Grand Jury for the _____SPECIAL FEBRUARY 2008-1_____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge ___[signature]___

DOCKET ENTRY:

BOND SET IN 08 CR 374 TO STAND AS BOND IN THIS INSTANCE AS TO VIKTORIJA MALUKAITE.
DETENTION ORDER PREVIOUSLY ISSUED IN 08 CR 384 TO STAND AS TO AHMAD AHMAD ALI.
BOND SET IN 08 CR 414 TO STAND AS BOND IN THIS INSTANCE AS TO NADER ZEIDAN.
DETENTION ORDER PREVIOUSLY ISSUED IN 08 CR 458 TO STAND AS TO RAMI JAFILAN.

FILED
JUL - 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE            (ONLY IF FILED
OR MAGISTRATE JUDGE            UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| | No notices required, advised in open court. | | Date docketed | |
| | No notices required. | | Docketing dpty. initials | |
| | Notices mailed by judge's staff. | | Date mailed notice | |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices | | | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | Mailing dpty. initials | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |

UNITED STATES OF AMERICA

v.

VIKTORIJA MALUKAITE
AHMAD ALI AHMAD,
NADER ZEIDAN, and
RAMI JAFILAN